DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OSWALDO MIRANDA-ZAMORA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-122 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OSWALDO MIRANDA-ZAMORA, | ) | Date: May 22, 2006 |
| | ) | Time: 9:30 A.M. |
| | ) | |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current trial confirmation hearing scheduled for May 8, 2006 be vacated and a new date of May 22, 2006 be set for status. In addition, the May 23, 2006 trial date can be vacated.

The parties are awaiting a pre-plea sentencing report from United States Probation. When the report is completed, defense counsel will need time to discuss a possible resolution with the government and with the defendant.

It is further stipulated and agreed between the parties that the

period beginning May 8, 2006 to May 22, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 4, 2006

                            Respectfully submitted,

                            DANIEL BRODERICK
                            Acting Federal Defender


                               /S/NED SMOCK
                            NED SMOCK
                            Assistant Federal Defender
                            Attorney for Defendant
                            OSWALDO MIRANDA-ZAMORA


                            MCGREGOR W. SCOTT
                            United States Attorney

Dated:  May 4, 2006

                              /S/MICHAEL BECKWITH
                            MICHAEL BECKWITH
                            Assistant U.S. Attorney


                            **ORDER**

    **IT IS SO ORDERED.**

DATED: May 5, 2006

                            /s/ Frank C. Damrell Jr.
                            HONORABLE FRANK C. DAMRELL, JR.
                            District Court Judge